IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DUSTIN J. DIMMICK,<br><br>               Plaintiff,<br><br>v.<br><br>KRISTIE MONTROIS et al.,<br><br>               Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:13-CV-794-TS<br><br>District Judge Ted Stewart |

      In an Order dated June 30, 2021, (Doc. No. 113), the Court gave Plaintiff thirty days to reply to Defendants' Response to Additional Arguments Based Upon the Tenth Circuit's Order and Renewed Motion for Summary Judgment and Memorandum in Support, (ECF No. 110). To date, Plaintiff has not complied. Indeed, the Court has since not heard from him.

      IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

      Dated August 10, 2021.

                              BY THE COURT:

                              JUDGE TED STEWART<br>
                              United States District Court